# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hyman, Paul G. | U S Bankruptcy Court, SD FL | 08/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1987 Trustee | Trust # 1 |
| 2. | 1987 Trustee | Trust # 2 |
| 3. | 2010 Trustee | ▓▓▓ Trust |
| 4. | 2012 Trustee | Trust #3 |
| 5. | 2012 Trustee | Trust #4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Associate at Searcy Denney et al-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 01/09/13 to 01/10/13 | Orlando, FL | Committee meeting | Transportation, meals, parking and lodging |
| 2. | ABI | 02/09/13 | Miami, FL | CLE | Transportation, meals, and parking |
| 3. | ABI | 03/07/13 to 03/09/13 | Tampa, FL | CLE | Transportation, meals, parking and lodging |
| 4. | FL Bar | 04/17/13 to 04/21/13 | Napa, CA | Committee meeting | Transportation, meals, parking and lodging |
| 5. | UM Law School | 06/07/13 | Miami, FL | CLE | Transportation |
| 6. | FL Bar | 06/26/13 to 06/27/13 | Boca Raton, FL | Committee meeting | Transportation, food, parking and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

| | | | | |
|---|---|---|---|---|
| 7. | FL Bar | 08/30/13 to 09/02/13 | Boca Raton, FL | Committee meeting | Transportation, food, parking and lodging |
| 8. | FL Bar | 11/06/13 to 11/08/13 | Tampa and Miami | CLE | Transportation, food, parking and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hawaiin Elect | A | Dividend | K | T | | | | | |
| 2. Treasury | A | Interest | K | T | | | | | |
| 3. Met Life Financial | A | Dividend | J | T | | | | | |
| 4. Royal Bank of Scottland | A | Dividend | K | T | | | | | |
| 5. Met Life | D | Interest | M | T | | | | | |
| 6. VOC Energy | B | Dividend | | | Sold | 07/19/13 | K | B | |
| 7. FL Envirnomental Bond | A | Interest | K | T | | | | | |
| 8. Sandridge Miss | B | Dividend | | | Sold | 02/05/13 | K | C | |
| 9. | | | | | Buy | 04/18/13 | L | | |
| 10. | | | | | Sold | 04/30/13 | L | D | |
| 11. Wells Fargo Bank Account | A | Int./Div. | M | T | | | | | |
| 12. Enterprise Products Partners LP | A | Dividend | M | T | Sold (part) | 03/22/13 | K | C | |
| 13. Syngeta AG | A | Dividend | | | Sold | 04/03/13 | J | B | |
| 14. Senior HSG PPTYS | A | Dividend | | | Sold | 11/04/13 | K | A | |
| 15. EV Energy LP | A | Distribution | | | Buy (add'l) | 05/06/13 | L | | |
| 16. | | | | | Buy (add'l) | 05/10/13 | L | | |
| 17. | | | | | Buy (add'l) | 07/05/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 23

**Name of Person Reporting**

Hyman, Paul G.

**Date of Report**

08/18/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/08/13 | K | | |
| 19. | | | | | Sold (part) | 04/17/13 | M | E | |
| 20. | | | | | Sold (part) | 05/31/13 | M | D | |
| 21. | | | | | Sold | 07/11/13 | K | C | |
| 22. Regency disEnergy Partners LP | A | Distribution | | | Sold | 11/14/13 | M | D | |
| 23. CenturyLink | A | Dividend | | | Sold | 04/04/13 | K | C | |
| 24. Consolidated Tomoka LP | A | Dividend | | | Sold | 04/03/13 | L | D | |
| 25. IVA Worldwide | A | Dividend | | | Sold | 03/22/13 | K | C | |
| 26. Vector Group | A | Dividend | | | Sold | 11/04/13 | K | B | |
| 27. Southern Cooper Corp | A | Dividend | L | T | Buy (add'l) | 09/19/13 | J | | |
| 28. | | | | | Sold (part) | 11/26/13 | L | E | |
| 29. G & K SYCS Inc | A | Dividend | | | Sold | 03/08/13 | K | C | |
| 30. Locorr INVT TR | A | Distribution | | | Sold | 03/22/13 | K | B | |
| 31. Microsoft Corp | A | Dividend | | | Sold | 08/23/13 | M | D | |
| 32. Breitburn Energy Partners | A | Distribution | | | Buy (add'l) | 07/05/13 | K | | |
| 33. | | | | | Sold (part) | 01/09/13 | K | D | |
| 34. | | | | | Sold | 07/11/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mercury Gen Corp | A | Dividend | | | Sold | 07/11/13 | K | C | |
| 36. Regency Energy Partners | A | Distribution | M | T | Sold (part) | 11/04/13 | J | A | |
| 37. | | | | | Sold (part) | 11/13/13 | K | A | |
| 38. CVR Partners | B | Distribution | K | T | Sold (part) | 07/05/13 | J | A | |
| 39. | | | | | Sold (part) | 10/29/13 | L | D | |
| 40. Compahia Siderurgica Nacional | A | Distribution | | | Sold | 05/31/13 | K | A | |
| 41. Sandridge Permian TR | B | Distribution | | | Sold | 02/01/13 | M | A | |
| 42. Chimera Invt Corp | A | Dividend | | | Sold | 07/12/13 | K | C | |
| 43. Transocean LTD | A | Distribution | | | Sold | 03/21/13 | K | C | |
| 44. Ford Motor Co | A | Dividend | L | T | | | | | |
| 45. Vector Group LTD | A | Distribution | | | Sold | 11/04/13 | K | B | |
| 46. Vanguard Exployer Funds | B | Distribution | | | Sold | 03/22/13 | K | A | |
| 47. Kraton Performance | A | Dividend | | | Sold | 03/20/13 | K | D | |
| 48. Syngenta AG | A | Distribution | | | Sold | 04/03/13 | K | C | |
| 49. Cushing RTY & Income | A | Int./Div. | | | Sold | 01/03/13 | K | C | |
| 50. Apple Inc | A | Dividend | | | Buy (add'l) | 04/17/13 | L | | |
| 51. | | | | | Sold (part) | 07/05/13 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/24/13 | L | D | |
| 53. Firsthand Tech | A | Dividend | | | Sold | 07/17/13 | K | A | |
| 54. International Bus Mach | A | Dividend | | | Buy (add'l) | 07/05/13 | K | | |
| 55. | | | | | Buy (add'l) | 08/28/13 | K | | |
| 56. | | | | | Sold | 10/01/13 | L | D | |
| 57. Hercules Offshore, Inc | A | Dividend | | | Sold | 07/17/13 | K | C | |
| 58. United Parcel Service | A | Dividend | | | Sold | 02/20/13 | K | C | |
| 59. Pacific Coast Oil | A | Dividend | | | Sold | 10/22/13 | K | A | |
| 60. Caterpillar INC | A | Dividend | | | Sold | 05/10/13 | K | D | |
| 61. QR Energy LP | A | Distribution | | | Sold | 10/22/13 | M | E | |
| 62. First TR Energy | A | Distribution | | | Sold | 07/17/13 | K | C | |
| 63. Valley Natl Bancorp | A | Dividend | | | Buy (add'l) | 01/15/13 | J | | |
| 64. | | | | | Sold | 11/05/13 | K | D | |
| 65. Cliffs Nat Res Inc | A | Dividend | | | Buy | 01/30/13 | K | | |
| 66. | | | | | Sold | 04/15/13 | K | E | |
| 67. Helios Total Res FD | A | Distribution | | | Sold | 03/08/13 | K | B | |
| 68. Chesapeake Energy Corp | A | Dividend | | | Sold | 01/30/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American International Gr Inc | A | Dividend | | | Sold | 02/22/13 | K | C | |
| 70. Lehigh Gas Part LP | A | Distribution | | | Sold (part) | 03/15/13 | L | D | |
| 71. | | | | | Sold (part) | 11/27/13 | J | A | |
| 72. | | | | | Sold | 12/11/13 | J | A | |
| 73. Memorial Prod Part LP | A | Distribution | | | Sold | 01/09/13 | K | C | |
| 74. New Perspective FD | B | Dividend | M | T | Buy | 03/22/13 | M | | |
| 75. | | | | | Buy (add'l) | 04/08/13 | K | | |
| 76. Investment Co | B | Dividend | M | T | Buy | 03/22/13 | M | | |
| 77. Growth Fund AM | B | Dividend | M | T | Buy | 03/22/13 | M | | |
| 78. | | | | | Buy (add'l) | 04/08/13 | K | | |
| 79. AMCAP Fund | A | Dividend | K | T | Buy | 04/08/13 | K | | |
| 80. Greenbrier Co | A | Dividend | | | Buy | 05/09/13 | J | | |
| 81. | | | | | Sold | 11/19/13 | K | C | |
| 82. International Game Tech | A | Dividend | K | T | Buy | 05/21/13 | K | | |
| 83. Western Union | A | Dividend | K | T | Buy | 07/01/13 | K | | |
| 84. Pitney Bowes | A | Dividend | K | T | Buy | 08/02/13 | K | | |
| 85. General Motors | A | Dividend | K | T | Buy | 12/09/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fortress Investment Group | A | Distribution | | | Buy | 01/09/13 | K | | |
| 87. | A | Distribution | | | Buy (add'l) | 04/15/13 | K | | |
| 88. | A | Distribution | | | Buy (add'l) | 03/25/13 | K | | |
| 89. | A | Dividend | | | Buy (add'l) | 02/05/13 | K | | |
| 90. | | | | | Sold (part) | 03/11/13 | M | D | |
| 91. | | | | | Sold | 12/16/13 | L | D | |
| 92. Rentech Inc | A | Dividend | | | Buy | 01/15/13 | K | | |
| 93. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 94. | | | | | Sold | 05/10/13 | K | C | |
| 95. Sandridge Energy Inc | A | Dividend | | | Buy | 01/30/13 | K | | |
| 96. | A | Dividend | | | Buy (add'l) | 02/01/13 | K | | |
| 97. | | | | | Sold | 03/11/13 | K | D | |
| 98. Safe Bulkers Inc | A | Dividend | M | T | Buy | 09/04/13 | K | | |
| 99. | | | | | Sold (part) | 11/05/13 | K | C | |
| 100. | | | | | Buy (add'l) | 12/11/13 | K | | |
| 101. | | | | | Buy (add'l) | 12/13/13 | K | | |
| 102. Alon USA Energy Inc | A | Dividend | K | T | Buy | 01/17/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/05/13 | K | | |
| 104. | | | | | Buy (add'l) | 10/17/13 | L | | |
| 105. | | | | | Sold (part) | 07/15/13 | K | C | |
| 106. | | | | | Sold (part) | 09/23/13 | L | D | |
| 107. Intrepid Potash Inc | B | Dividend | L | T | Buy | 08/26/13 | K | | |
| 108. | | | | | Buy (add'l) | 09/09/13 | K | | |
| 109. | | | | | Sold (part) | 09/13/13 | K | C | |
| 110. | | | | | Sold (part) | 09/16/13 | K | C | |
| 111. | | | | | Buy (add'l) | 11/06/13 | L | | |
| 112. Potash Corp | A | Dividend | | | Buy | 08/08/13 | L | | |
| 113. | | | | | Buy (add'l) | 10/24/13 | L | | |
| 114. | | | | | Sold | 11/06/13 | M | D | |
| 115. Stone Castle Corp | A | Dividend | K | T | Buy | 11/07/13 | K | | |
| 116. CVR Refing LP | A | Distribution | M | T | Buy | 11/13/13 | K | | |
| 117. | | | | | Buy (add'l) | 11/25/13 | K | | |
| 118. Navios Maritime Partners LP | A | Distribution | K | T | Buy | 12/16/13 | K | | |
| 119. Suncoke Energy Partners LP | A | Distribution | K | T | Buy | 01/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/11/13 | K | | |
| 121. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 122. China Yuchai Ltd | A | Dividend | L | T | Buy | 02/27/13 | K | | |
| 123. | | | | | Buy (add'l) | 06/04/13 | K | | |
| 124. Armada Holdings Inc | A | Dividend | | | Buy | 05/08/13 | K | | |
| 125. | | | | | Sold | 10/22/13 | K | | |
| 126. MGM Resorts INT | A | Dividend | K | T | Buy | 05/10/13 | K | | |
| 127. Radian Group Inc | A | Dividend | | | Buy | 08/30/13 | K | | |
| 128. | | | | | Sold | 10/22/13 | K | B | |
| 129. Celldex Therapeutics Inc | A | Dividend | | | Buy | 06/10/13 | K | | |
| 130. | | | | | Sold | 10/04/13 | L | C | |
| 131. | | | | | Buy (add'l) | 08/05/13 | K | | |
| 132. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 133. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 134. | | | | | Sold (part) | 10/01/13 | K | C | |
| 135. | | | | | Sold | 10/22/13 | J | A | |
| 136. Keryx Biopharmaceuticals Inc | A | Dividend | | | Buy | 03/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/17/13 | K | C | |
| 138. New Source Energy LP | A | Distribution | | | Buy | 02/08/13 | K | | |
| 139. | | | | | Sold | 11/04/13 | L | D | |
| 140. Staples Inc | A | Dividend | | | Buy | 01/22/13 | K | | |
| 141. | | | | | Sold | 11/04/13 | K | D | |
| 142. Garrison Cap Inc | A | Dividend | | | Buy | 03/27/13 | K | | |
| 143. | | | | | Sold | 11/04/13 | K | A | |
| 144. Whiting USA | A | Distribution | | | Buy | 03/27/13 | K | | |
| 145. | | | | | Sold | 11/04/13 | K | B | |
| 146. Walter Energy Inc | A | Dividend | | | Buy | 05/15/13 | L | | |
| 147. | | | | | Buy (add'l) | 09/09/13 | K | | |
| 148. | | | | | Sold (part) | 06/07/13 | L | D | |
| 149. | | | | | Sold | 10/24/13 | K | B | |
| 150. Fifth Star | C | Int./Div. | | | Buy | 07/12/13 | L | | |
| 151. | | | | | Sold (part) | 12/03/13 | K | B | |
| 152. | | | | | Sold | 12/06/13 | K | C | |
| 153. Capital Products LP | B | Dividend | L | T | Buy | 07/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Seaspan Corp | B | Dividend | L | T | Buy | 12/20/13 | L | | |
| 155. | | | | | Buy (add'l) | 07/24/13 | K | | |
| 156. General Electric | B | Dividend | K | T | Buy | 09/18/13 | K | | |
| 157. ABB LTD | A | Distribution | K | T | Buy | 10/22/13 | K | | |
| 158. Rentech Nitrogen LP | A | Distribution | K | T | Buy | 10/29/13 | K | | |
| 159. Cintas Corp | A | Dividend | K | T | Buy | 01/30/13 | K | | |
| 160. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 161. Cheniere Energy Partners LP | A | Distribution | | | Buy | 03/14/13 | K | | |
| 162. | | | | | Sold | 09/17/13 | K | C | |
| 163. Sipex Corp | A | Dividend | | | Buy | 01/18/13 | K | | |
| 164. | | | | | Sold | 01/22/13 | K | A | |
| 165. Nustar GP | A | Distribution | | | Buy | 10/24/13 | K | | |
| 166. | | | | | Sold | 11/13/13 | K | B | |
| 167. Northern Tier Energy LP | A | Distribution | | | Buy | 02/07/13 | K | | |
| 168. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 169. | | | | | Buy (add'l) | 03/12/13 | K | | |
| 170. | | | | | Buy (add'l) | 03/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/22/13 | K | C | |
| 172. Altisource Portfolio Solns SA | A | Dividend | | | Buy | 03/19/13 | K | | |
| 173. | | | | | Sold | 05/14/13 | K | C | |
| 174. Coach Inc | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 175. Tata MTRS LTD | A | Dividend | K | T | Buy | 11/11/13 | J | | |
| 176. Chicago Rivet & Mach Inc | A | Dividend | K | T | Buy | 12/03/13 | K | | |
| 177. Terra Nitrogen LP | A | Distribution | K | T | Buy | 12/20/13 | K | | |
| 178. Costco Corp | A | Dividend | K | T | Buy | 03/20/13 | K | | |
| 179. | | | | | Buy (add'l) | 05/08/13 | K | | |
| 180. Freeport-McMoran Copper & Gold | A | Dividend | L | T | Buy | 03/25/13 | K | | |
| 181. Pace Portfolio | A | Dividend | K | T | Buy | 01/02/13 | J | | |
| 182. ▨ trust | | | | | | | | | |
| 183. Avon Products, Inc | A | Dividend | K | T | Buy | 11/27/13 | K | | |
| 184. Cablevision Systems | A | Dividend | K | T | Buy | 11/27/13 | K | | |
| 185. Covanta Holding Corp | A | Dividend | K | T | Buy | 11/05/13 | K | | |
| 186. Emerson Elect LTD | A | Distribution | K | T | | | | | |
| 187. Marketo Inc | A | Dividend | K | T | Buy | 11/05/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Mosaic Company | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 189. Nestle S A | A | Dividend | K | T | | | | | |
| 190. Plains All American Pipeline | A | Distribution | L | T | | | | | |
| 191. Rolls Royce Holdings | A | Dividend | K | T | Buy (add'l) | 03/20/13 | K | | |
| 192. | A | Dividend | | | Buy (add'l) | 09/19/13 | K | | |
| 193. | | | | | Sold (part) | 05/15/13 | M | D | |
| 194. United Bank Shares | A | Dividend | L | T | | | | | |
| 195. Trust #4 | | | | | | | | | |
| 196. Oppenheimer Development (x) | A | Dividend | L | T | Buy | 01/24/13 | K | | |
| 197. | | | | | Buy (add'l) | 01/25/13 | K | | |
| 198. Boeing CO(x) | A | Dividend | K | T | Buy | 01/24/13 | K | | |
| 199. Amer Mutual Fd(x) | A | Dividend | M | T | Buy | 02/15/13 | K | | |
| 200. | | | | | Buy (add'l) | 03/22/13 | L | | |
| 201. AMCAP Fund(x) | A | Dividend | M | T | Buy | 02/15/13 | K | | |
| 202. | | | | | Buy (add'l) | 03/22/13 | L | | |
| 203. Investment Co(x) | A | Dividend | K | T | Buy | 02/19/13 | K | | |
| 204. Amer Balanced Fund (x) | A | Dividend | M | T | Buy | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 03/22/13 | L | | |
| 206. Greenbrier Co (x) | A | Dividend | | | Buy | 05/09/13 | J | | |
| 207. | | | | | Sold | 11/18/13 | K | D | |
| 208. Trinity Ind(x) | A | Dividend | | | Buy | 05/22/13 | J | | |
| 209. | | | | | Sold | 11/18/13 | J | B | |
| 210. Pitney Bowes(x) | A | Dividend | K | T | Buy | 08/01/13 | K | | |
| 211. Zoetis Inc(x) | A | Dividend | K | T | Buy | 09/17/13 | K | | |
| 212. Newmont Mining(x) | A | Dividend | | | Buy | 09/25/13 | J | | |
| 213. | | | | | Sold | 11/26/13 | J | C | |
| 214. Abbott Laboratories(x) | A | Dividend | J | T | | | | | |
| 215. Abbvie Inc(x) | A | Dividend | J | T | | | | | |
| 216. Amgen, Inc(x) | A | Dividend | J | T | | | | | |
| 217. Bristol Myers Squib Co(x) | A | Dividend | K | T | | | | | |
| 218. Caterpillar, Inc(x) | A | Dividend | K | T | | | | | |
| 219. CBS Corp(x) | A | Dividend | J | T | | | | | |
| 220. Comcast Corp(x) | A | Dividend | J | T | | | | | |
| 221. Dell Inc(x) | A | Dividend | | | Sold | 10/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Disney Walt Co(x) | B | Dividend | M | T | | | | | |
| 223. Exxon Mobil Corp(x) | A | Dividend | L | T | | | | | |
| 224. Franklin Strategic FD(x) | A | Dividend | K | T | | | | | |
| 225. International Paper Co(x) | A | Dividend | J | T | | | | | |
| 226. J P Morgan(x) | A | Dividend | K | T | | | | | |
| 227. Medtronic Inc(x) | A | Dividend | J | T | | | | | |
| 228. Microsoft Corp(x) | A | Dividend | K | T | | | | | |
| 229. NCR Corp(x) | A | Dividend | J | T | | | | | |
| 230. Occidental Pete Corp(x) | A | Dividend | L | T | | | | | |
| 231. OGE Energy Corp(x) | A | Dividend | J | T | | | | | |
| 232. Oracle Corp(x) | A | Dividend | K | T | | | | | |
| 233. Pepsico Inc(x) | A | Dividend | K | T | | | | | |
| 234. Pfizer Inc(x) | A | Dividend | K | T | | | | | |
| 235. Tidewater Inc(x) | A | Dividend | | | Sold | 05/22/13 | J | A | |
| 236. Legg Mason Partners(X) | A | Dividend | J | T | | | | | |
| 237. Trust # 5 | | | | | | | | | |
| 238. Oppenheimer Development(x) | A | Dividend | L | T | Buy | 01/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 01/25/13 | K | | |
| 240. Boeing Co(x) | A | Dividend | K | T | Buy | 01/24/13 | K | | |
| 241. Amer Mutual Fd(x) | A | Dividend | M | T | Buy | 02/15/13 | K | | |
| 242. | | | | | Buy (add'l) | 03/22/13 | K | | |
| 243. AMCAP Fund(x) | A | Dividend | M | T | Buy | 02/15/13 | K | | |
| 244. | | | | | Buy (add'l) | 03/22/13 | L | | |
| 245. Investment Co(x) | A | Dividend | K | T | Buy | 02/19/13 | K | | |
| 246. Amer Balance Fund(x) | A | Dividend | M | T | Buy | 02/19/13 | K | | |
| 247. | | | | | Buy (add'l) | 03/22/13 | L | | |
| 248. Greenbrier CO(x) | A | Dividend | | | Buy | 05/09/13 | J | | |
| 249. | | | | | Sold | 11/18/13 | K | D | |
| 250. Trinity Ind(x) | A | Dividend | | | Buy | 05/22/13 | J | | |
| 251. | | | | | Sold | 11/18/13 | J | B | |
| 252. Pitney Bowes(x) | A | Dividend | K | T | Buy | 08/01/13 | K | | |
| 253. Zoetis Inc(x) | A | Dividend | K | T | Buy | 09/17/13 | K | | |
| 254. Newmont Mining(x) | A | Dividend | | | Buy | 09/25/13 | J | | |
| 255. | | | | | Sold | 11/26/13 | J | C | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Abbott laboratories(x) | A | Dividend | J | T | | | | | |
| 257. Abbvie Inc(x) | A | Dividend | J | T | | | | | |
| 258. Amgen Inc(x) | A | Dividend | J | T | | | | | |
| 259. Bristol Myers Squib Co(x) | A | Dividend | K | T | | | | | |
| 260. Caterpillar Inc(x) | A | Dividend | K | T | | | | | |
| 261. CBS Corp(x) | A | Dividend | J | T | | | | | |
| 262. Comcast Corp(x) | A | Dividend | J | T | | | | | |
| 263. Dell, Inc(x) | A | Dividend | | | Sold | 10/29/13 | J | A | |
| 264. Disney Walt Co(x) | B | Dividend | M | T | | | | | |
| 265. Exxon Mobil Co(x) | A | Dividend | L | T | | | | | |
| 266. International Paper Co(x) | A | Dividend | J | T | | | | | |
| 267. J P Morgn(x) | A | Dividend | J | T | | | | | |
| 268. Medtronic Inc(x) | A | Dividend | K | T | | | | | |
| 269. Microsoft Corp(x) | A | Dividend | K | T | | | | | |
| 270. NCR Corp(x) | A | Dividend | J | T | | | | | |
| 271. Occidental Pete Corp(x) | A | Dividend | L | T | | | | | |
| 272. OGE Energy Corp(x) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Oracle Corp(x) | A | Dividend | K | T | | | | | |
| 274. Pepsico Inc(x) | A | Dividend | K | T | | | | | |
| 275. Pfizer Inc(x) | A | Dividend | K | T | | | | | |
| 276. Tidewater Inc(x) | A | Dividend | | | Sold | 05/22/13 | J | A | |
| 277. Franklin Strategic (x) | A | Dividend | K | T | | | | | |
| 278. Legg Mason Partners(X) | A | Dividend | J | T | | | | | |
| 279. Stellus Cap Invt Corp | A | Dividend | | | Sold (part) | 11/27/13 | J | A | |
| 280. | | | | | Sold | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trusts 1 and 2's only assets consist of cash and therefore they own no reportable assets.

The reportable assets of the ▢▢▢ Trust are listed in Part VII.

Entries in Part VII with a designation of (X) were gifted to Trusts 4 and 5 ▢▢▢▢▢▢▢▢

Please note the notations on lines 181,194 & 236 are merely to make it easier to ascertain which assets are owned by the particular trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/18/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544